FILED

In the United States District Court
for the Eastern District of Virginia
Alexandria Division

2015 JUN 15 P 4: 18

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

1:15cv757
LO/MSN

Plaintiff's Name  Dion Poole / Complainant(s)
Address
Phone Number (See attached)

v.    Civil Action No. *(Leave blank, will be assigned by Clerk's Office)*

Defendant's Name  ~~Davita Vance-Cooks   Public Printer/Director~~
Address  United States Government Printing/Publishing Office/Agency
Phone Number  732 North Capitol Street, NW. Washington DC, 20401
(202)512-0000/0036

## COMPLAINT

1. Grounds for jurisdiction. (**Why do you think Federal Court is the appropriate court for your case?**)

2. Facts of the case. Be specific. What events occurred? When did the events occur? Who was involved. Why do you contend the acts were wrongful? (**You may use as much space as necessary.**) The last paragraph should state the relief you are seeking.

3. If applicable, describe how and when you exhausted any administrative remedies.

Responses attached

SIGNATURE  See attached information
Name (Printed)
Address
Phone Number

*Submit an original plus one copy for each person you are bringing suit against.*

Diom A. Poole — *Diom a. Poole* — 987 St. Michaels Dr. Mitchellville MD 20721   301-919-0079

Derik L. Shannon — *Derik L Shannon* — 107 Q St. N.W. APT #304 Washington D.C. 20001   202 603 0318

Angela Jones — *Angela J__* — 144 South Huron Dr Oxon Hill, MD 20745   301-706-4888

Sean Dank — *Sean Dank* — 1209 34 Street Washington DC 2001?   (202) 236-2820

Leon G. Speller
(202) 255-3547
3524 A. St. S.E. #303
W.D.C. 20019

Maurice Robinson — *Maurice __* — 10204 Rock Oak Terr Cheltenham, MD 20623   240-462-2626

Ossie Jones — 310 A. East Bellefonte Ave Alex Va 22301   (202) 460-07?8

12

Larry M. Warrick
Larry M. Warrick
9100 Pine View Ln.
Clinton MD. 20735
(202) 365-3008

Horace T. Harris JR.
Horace - T. Harris CR! JR.,
6655 Saint Pauls Rd.
King George Va. 22485
(240) 706-0820

James E Smith
James E Smith
2850 23rd Pl. S.E #304
Wash D.C 20020
(202) 257-8122

Lori A. Hill / Lori A. Hill
6013 Alan Drive
Clinton MD. 20735
(240) 644-3785

GORDON B FINDLEY
6316 KENNEDY STREET
RIVERDALE MD 20737
301-779-2251
Gordon Findley

Joseph M. Warren - Joseph M. Warren
2610 Kirtland Ave
Dist. Hts MD 20747
301-254-7545

Deborah E. Stewart
Deborah E. Stewart
10005 Palette Ct
Clinton MD. 20735
(301-856-1860)

Howard M. Gilbert III
1216 Carrington Ave
Capital HT. Md 20743
240-417-8548

Kareem Latif
Kareem Latif
8815 Spice Ct.
Waldorf MD. 20603
(240) 462-4653

13

Upon transferring from the Electronic Photocomposition Division (Pre-Press) to the Bindery Division we were treated as a separate entity encountering numerous negative expressions and comments along with a racial slur(s) from former Acting Public Printer Robert Tapella. Since the reorganization has taken place under the guide of the Bindery Division there has been a lack of man power, unfair labor practices, inequality, discrimination tactics and not being paid on a comparable level for duties performed. The DPC employees are not recognized for our accomplishments as the rest of the Bindery division, names submitted for awards were denied for no apparent reason and vacant positions cancelled or delayed when the rest of the bindery positions were expedited and filled in a timely manner.

As a group of Graphic Processor Operators former and present whom filed a consolidated Group Complaint to our EEO Office, alleging the Government Printing/Publishing Office of discrimination on the basis of our race identified as African American/Black, unilaterally setting our pay based on outdated position descriptions that do not reflect our current duties primarily of a technical nature, Since the evolving of the Digital Print Center there has been a neglect to refer to observable information given or exhibited, when the transition of the analog duplication and processing area converted to a complete digital printing area.

The events were ongoing occurring around the mid 2004 and escalated in 2006-2007 as we inquired about our salaries and pursued our administrative remedies, prompting the employees in the Digital Print Center to an EEO complaint in 2008 individually later being consolidated by our EEO office due to similar allegations. The Upper management of Bindery (Katherine Taylor, Walter Wingo, and Abraham Sussain) former Plant Operations Director and Production Manager (Girod Oliver and John Crawford) Labor Relations Specialist (Michael Frazier) Local–713 Union President (Arthur Anderson) Representative for Unions/Joint Committee on Printing (George Lord) Administrative officials former acting Public Printer (Robert Tapella) and former Deputy Public Printer (Paul Erikson) were involved in some degree. We were conscious of noticeable disparate treatment in comparison to the other sections in the Bindery Division upon inquiring about our salaries and after filing our formal EEO complaint, there was a downgrade of equipment, a veering of our work to higher paid employees and removal of highly technical equipment.

We the complainants are seeking resolution:

Position Descriptions to reflect the level and scope of blue and white collar duties performed.

Comparable pay for duties performed before technical equipment was removed and technical work was rerouted to higher paid employees.

**Back pay**

**Replaced back under Electronic Photocomposition Division**

Fill vacant positions or create new positions with position titles to reflect our current duties (Digital Imaging Technicians)

Compensatory damages (In the event of complainant(s) death their family receive their compensation.

To be inclusive with other digital areas (expos, exhibits and events)

Administrative Remedies were exhausted as we addressed our immediate Supervisor (Kimberly Warner) whom address our issues to her superiors we later set up meetings with Upper management, the Office of the Director of Plant Operations/ Production Managers Office, Public Printers Office, General Counsel, Deputy Public Printers Office, Labor Relations Office, Union Officials and ultimately our EEO Office.

3



**U.S. GOVERNMENT
PRINTING OFFICE**
KEEPING AMERICA INFORMED

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED
AND REGULAR FIRST CLASS MAIL**

**November 2, 2009**

Kerrie Riggs, Esq.
Cathy A. Harris, Esq.
Kator, Parks & Weiser
1200 18th Street, NW - Suite 1000
Washington, DC  20036

       **EEOC Nos.:**  570-2010-00067X; 570-2009-00068X;
                          570-2009-00069X; 570-2009-00070X;
                          570-2009-00071X; 570-2009-00072X;
                          570-2009-00073X; 570-2009-00074X;
                          570-2009-00075X; 570-2009-00076X;
                          570-2009-00077X; 570-2009-00078X;
                          570-2009-00079X; 570-2009-00080X;
                          570-2009-00081X; 570-2009-00082X;
                          570-2009-00083X; 570-2009-00084X;

     **GPO Case Nos.:**  09-06; 09-08; 09-09; 09-10; 09-11;
                             09-12; 09-13; 09-14; 09-15; 09-17;
                             09-18; 09-19; 09-20; 09-21; 09-22;
                             09-23; 09-25; 09-26

Dear Ms. Riggs and Ms. Harris:

On October 26, 2009, the Equal Employment Opportunity Commission (EEOC) issued an Order directing the agency to accept the above-listed complaints for investigation. Since the complaints all appear to involve essentially the same issues, the complaints are consolidated for joint processing in accordance with 29 CFR §1614.606.

Based on our review of the formal complaints and the EEO Counseling Reports, the complainants allege that they have been discriminated against on the basis of race (identified as African American, Black or Native American) as it relates

**PAGE 2**

to their rate of pay. Additionally, the complainants allege they have been subjected to ongoing harassment by management. The specific acts of harassment identified include all or some of the following:

### Graphic Processor Operators

Jerome Thompson (09-08), Sean Dark (09-09), Maurice Robinson (09-10), Derik Shannon (09-11), Clinton Holmes (09-13), Horace Harris (09-17), Kareem Latief (09-18), Joseph Warren (09-19), Howard Gilbert (09-20), Elmer Campbell (09-21), Deborah Stewart (09-22), and Larry Warrick (09-23).

1. Allowing the Digital Print Center (DPC) to be understaffed for over 2-years by not allowing vacant positions to be filled or not filling positions in a timely manner resulting in complainants being overworked and having to use more leave than usual,
2. position descriptions do not accurately reflect the current duties and responsibilities of their positions,
3. performance evaluations contain inaccurate performance standards and elements which results in not being rated properly,
4. overtime -- to include the manner in which it is assigned or not being given the opportunity to work overtime,
5. closing of the OCE operation at Laurel causing work to get behind,
6. not seeking employee input on major decisions impacting the DPC,
7. not addressing safety concerns related to glue fumes, dust, noise, and inoperable equipment, and
8. not providing adequate equipment and/or updated software to perform successfully.

### Web-Fed Digital Electric Printing Systems Operator (OCE Operators)

Leon Speller (09-12) and Ossie Jones (09-15)

In addition to all or some of the above claims, the OCE Operators include allegations involving:

PAGE 3

9. details or reassignments without proper notice,
10. not given the opportunity to attend Expos or work on special projects, and
11. changing of work assignments.

### Graphic Processor Operator (Leaders) and Supervisory Graphic Processor Operators

Dion Poole (09-06), Lori Hill (09-26), Angela Jones (09-14) and Gordon Findley (09-25).

In addition to all or some of the allegations raised by the Graphic Processor Operators and OCE Operators, the leaders and supervisors include allegations involving:

12. title of positions not being accurate,
13. supervisory authority being usurped,
14. closing of the OCE operation at Laurel and the detailing of the OCE Operators impacting their ability to meet deadlines,
15. having to operate the iGen and other equipment when Operators are off or need to be assigned to another printer, and
16. not being provided desks or offices to communicate with employees in a private setting.

Please review the accepted claim carefully. In accordance with the EEOC Order, if you are not satisfied with the accepted claims as stated, you must, **within ten (10) calendar days of receipt of this letter**, file a written objection with the Administrative Judge. If there is no dispute concerning the manner in which the complaint is framed, the complaints will immediately be scheduled for investigation. You will be contacted by an EEO Investigator to schedule a date, time and place to meet. In accordance with the EEOC Order dated October 26, 2009, a copy of the investigative file will be issued within **seventy-five (75) calendar days** from the date of the Order if there is no dispute with the framing of the claims.

Your clients have the right to file a civil action in an appropriate United States District Court **after one hundred-eighty (180) calendar days** from the date of filing the complaint has passed, if the agency has not made a final

**PAGE 4**

decision, and no appeal has been filed. Your clients have the right to file a civil action **within ninety (90) calendar days** of your receipt of the EEOC's decision, or **after one hundred-eighty (180) calendar days** of filing an appeal if EEOC has not rendered a final decision.

You will continue to receive specific information as these complaints progress. Enclosed for your information is a copy of the EEO Counseling Report and the GPO Directive 650.15B, Official Time for Processing EEO Complaints. If you have any questions regarding this matter, you may contact me at (202) 512-2014 or Jamelah Nesbit at (202) 512-0045.

Sincerely,

*[signature]*

JUANITA M. FLORES
Assistant Director, EEO

Enclosures (as stated)


Copies to:


The Honorable
Andrew Culbertson
Supervisory Administrative Judge
U.S. Equal Employment Opportunity Commission
Washington Field Office
131 M Street, NE
Suite 4NW02F
Washington, DC  20507
(Administrative File previously provided)

Kerrie Riggs, Esq.
Cathy Harris, Esq.
Kator, Parks & Weiser
1200 18th Street, NW
Suite 1000
Washington, DC  20036-2506

**PAGE 5**

**Represented by Kator, Parks & Weiser**

Dion Poole
987 St. Michaels Drive
Mitchellville, MD  20721

Sean Dark
1029 34th Street, SE
Washington, DC  20019

Maurice Robinson
10204 Rock Oak Terrace
Cheltenham, MD  20623

Derik Shannon
107 Q Street, NW – Apt. 304
Washington, DC  20001

Leon Speller
227 Hawaii Avenue, NE
Washington, DC  20011

Clinton Holmes
6326 Southern Avenue, NE
Washington, DC  20019

Angela Jones
144 South Huron Drive
Oxon Hill, MD  20745

Ossie Jones
310A East Bellefonte Avenue
Alexandria, VA  22301

Horace Harris
6655 Saint Pauls Road
King George, VA  22485

Kareem Latief
2052 Davis Court
Waldorf, MD  20602

Joseph Warren, Jr.
2610 Kirtland Avenue
District Heights, MD  20747

8

**PAGE 6**

Howard Gilbert
1216 Carrington Avenue
Capitol Heights, MD   20743

Elmer Campbell
406 Oklahoma Avenue, NE - #1
Washington, DC   20002

Deborah Stewart
1000 Palatte Court
Clinton, MD   20735

Larry Warrick
9100 Pine View Drive
Clinton, MD   20735

Gordon Findley
6316 Kennedy Street
Riverdale, MD   20737

Lori Hill
~~3000 Boundary Drive~~ 6013 Alan Drive
~~Forestville, MD   20747~~ Clinton MD. 20735

**Not Represented At This Time**

Jerome Thompson     *deceased*
820 Emerson Street, NW
Washington, DC   20011

9

GPO Form 769
(2-83)

| COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, OR HANDICAP (Please Type or Print) | (FOR AGENCY USE) 10-21 |
|---|---|

**1. WHAT IS YOUR (COMPLAINANT'S) FULL NAME?**
James E. Smith

**2. WHAT IS YOUR TELEPHONE NUMBER INCLUDING AREA CODE?**
202-257-8122

**YOUR STREET ADDRESS (OR RD NUMBER OR POST OFFICE BOX NUMBER)**
2584 Naylor RD. SE #2

**HOME PHONE:** 202-248-4180

**YOUR CITY:** Wash  **STATE:** D.C  **ZIP CODE:** 20020

**WORK PHONE:** (202)512-0989

**3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU?** (Prepare a separate complaint form for each office which you believe discriminated against you.)

**4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?**
☐ YES (ANSWER A, B, C AND D BELOW.)
☐ NO (CONTINUE WITH QUESTION 5.)

**A. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU:**
Bindery Division

**A. NAME OF AGENCY WHERE YOU WORK:**
U.S. Gov't Printing Office

**B. STREET ADDRESS OF OFFICE:**
732 North Capitol St.

**B. STREET ADDRESS OF YOUR AGENCY:**

**C. CITY:** Wash. D.C.  **STATE:**  **ZIP CODE:** 20401

**C. CITY STATE ZIP CODE**

**D. NAME AND TITLE OF PERSON(S) YOU BELIEVE DISCRIMINATED AGAINST YOU (if you know):**
Upper Management

**D. WHAT IS THE TITLE AND GRADE OF YOUR JOB?**
Digital Processor Operator/OCE

**5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE:**
Ongoing
MONTH DAY YEAR

**6. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST, BECAUSE OF YOUR:**
☐ HANDICAP, IF SO, STATE YOUR HANDICAP
☐ RACE, IF SO, STATE YOUR RACE __African American__
☐ COLOR, IF SO, STATE YOUR COLOR
☐ RELIGION, IF SO, STATE YOUR RELIGION
☐ NATIONAL ORIGIN, IF SO, STATE YOUR NATIONAL ORIGIN
☐ SEX, IF SO, STATE YOUR SEX
☐ AGE, IF SO, STATE YOUR AGE
(Complaints of discrimination because of age apply only to employees or applicants who are at least 40 years of age at the time the discriminatory action is alleged to have occurred.)

**7. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (TREATED DIFFERENTLY FROM OTHER EMPLOYEES OR APPLICANTS) BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE OR HANDICAP.** (For each allegation, please state to the best of your knowledge, information and belief what incident occurred and when the incident occurred. You may continue your answer on another sheet of paper if you need more space.)

See Attached

**8. (a) I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR (See Instructions):**
☒ YES  ☐ NO

**8. (b) NAME OF COUNSELOR:**
Terri Brown

**9. WHAT CORRECTIVE ACTION ARE YOU SEEKING?**
Please See Attached

**10. NAME AND TITLE OF PERSON(S) REPRESENTING YOU IN THE PROCESSING OF THIS COMPLAINT:**

**ADDRESS:**
**TELEPHONE NUMBER:**

**11. DATE OF THIS COMPLAINT**
MONTH 3  DAY 23  YEAR 10

**12. SIGN YOUR (COMPLAINANT'S) NAME HERE:**
James E Smith

SEE REVERSE SIDE OF FORM FOR INSTRUCTIONS.

[Stamp: 2010 MAR 23 AM 7:52 EEO SERVICE]

1.0

## Formal Complaint of Discrimination in the U.S. Government Printing Office - 3/19/10.

My name is James E. Smith, I currently work as a Digital Web Press Operator in the Oce Room of the digital print center in the Bindery division, where 99% percent of the employees are African American. Originally the digital print center was a part of the pre-press division until approxiamately 2004 when the (DPC) was transferred to the Bindery Division. Since this transformation I feel the Digital Print Center and I have been treated as a seperate entity and racially discriminated against.

Since the reorganization has taken place under the guide of the Bindery Division there has been a lack of manpower, unfair labor practices, inequality, discrimination tactics and a disregard towards myself and other employees in the Digital Print Center. I don't feel that Iam paid on a compariable level for what I do, as I perform technical and blue collar duties on a daily basis.

The DPC employees are not recognized for any of there accomplishments as the rest of the bindery and some of the employees and myself have inquired why this section has never received any awards as there have been several names turned in, including my own and there was no outcome or approval by upper management as this section as a whole has went the extra mile when there has been a shortage of operators, positions cancelled or delayed vacancy announcements, the rest of bindery positions are expedited for vacancy announcements and filled in a timely manner.

As a Oce Operator on 3rd shift, Larry Warrick (2nd Shift operator) and I have come in early, on short notice due to the first shift Operator having to go out to the Laurel site so the workflow would remain steady. The Oce Room is held to the gun on delivery dates even though the files may not have arrived, stock needs to be ordered or the job needs to go to bindery. There have been jobs switched over by upper mangement without the immediate supervisor(s) being informed and we are asked why this changed was made, when we naturally assumed that the supervisor(s)
were aware of the switch, and this has caused havoc in the section.

The Oce Operators, operate web fed Digital Electrostatic Press and our salaries should be on a compariable level or just under the press operators, this has been disscussed with upper management, union officials with no success, leading me to file my EEO complaint.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

_____
                    Plaintiff,

v.                                                          Civil Action No. 1:15-cv-757

_____
                    Defendant.

## CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of this document.

_Dion Poole/Lori Hill/Deborah Stewart_
Name of *Pro Se* Party (Print or Type)

_Lori A. Hill / Deborah Stewart_
Signature of *Pro Se* Party

Executed on: _____ (Date)

**OR**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)